AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

E-filing

FAMILYMEDS, INC., a Connecticut corporation; and FAMILYMEDS GROUP, INC. a Nevada corporation, f/k/a DRUGMAX, INC., a Nevada corporation

Plaintiff

v.

MCKESSON CORPORATION, a Delaware corporation; and D&K HEALTHCARE RESOURCES LLC, a Delaware limited liability company, f/k/a D&K HEALTHCARE RESOURCES, INC., a Delaware corporation,

Defendant

Civil Action No. CV 08 2850

BZ

## Summons in a Civil Action

To: *(Defendant's name and address)*
MCKESSON CORPORATION, a Delaware corporation
One Post Street, San Francisco, California 94104.

and the Named Defendants

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Robert C. Gebhardt, Esq. 415-398-8080
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center, 5th Fl
San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

HELEN L. ALMACEN
Deputy clerk's signature

Date: JUN 6 2008

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*



American LegalNet, Inc.
www.FormsWorkflow.com

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, ______________ by:

(1) personally delivering a copy of each to the individual at this place, ______________________________ ______________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______________________________; or

(4) returning the summons unexecuted to the court clerk on ______________; or

(5) other *(specify)* ______________________________ ______________________________ ______________________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00.

Date: ______________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address



American LegalNet, Inc.
www.FormsWorkflow.com