1  MARIA K. PUM (State Bar No. 120987)
   KRISTEN E. CAVERLY (State Bar No. 175070)
2  ROBERT C. MARDIAN III (State Bar No. 224377)
   HENDERSON & CAVERLY LLP
3  P.O. Box 9144 (all U.S. Mail)
   16236 San Dieguito Road, Suite 4-13
4  Rancho Santa Fe, CA 92067-9144
   Telephone:    (858) 756-6342
5  Facsimile:    (858) 756-4732
   E-mail:  mpum@hcesq.com
6
   Attorneys for Defendants
7  McKESSON CORPORATION &
   D&K HEALTHCARE RESOURCES LLC
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11 | FAMILYMEDS, INC., a Connecticut          | Case No. 4:08-cv-02850 WDB
   | corporation; and FAMILYMEDS GROUP, INC., |
12 | a Nevada corporation, f/k/a Drugmax, Inc., a |
   | Nevada corporation,                      |
13 |                                          | DECLARATION OF ROBERT C.
   |                  Plaintiffs,             | MARDIAN III REGARDING THE
14 |                                          | ADMINISTRATIVE ERROR WITH THE
   |          v.                              | ECF FILING OF THE MOTION TO
15 |                                          | DISMISS COMPLAINT PURSUANT TO
   | McKESSON CORPORATION, a Delaware         | FRCP RULES 12(b)(1) AND 12(b)(6)
16 | corporation; D&K HEALTHCARE              |
   | RESOURCES LLC, a Delaware limited liability | Complaint Filed:  June 6, 2008
17 | company, f/k/a D&K HEALTHCARE            |
   | RESOURCES, INC., a Delaware corporation, | Date:   October 29, 2008
18 |                                          | Time:  3:00 p.m.
   |                  Defendants.             | Place: Ctrm 4
19 |                                          |        1301 Clay St., 3d Floor
   |                                          |        Oakland, CA
20

21      I, ROBERT C. MARDIAN III, declare that I have personal knowledge of the following

22 facts and, if called upon to do so, I could and would testify competently thereto:

23      1.    I am an attorney with the law firm of Henderson & Caverly LLP, counsel to

24 McKESSON CORPORATION ("McKESSON") and D&K HEALTHCARE RESOURCES LLC

25 ("D&K") defendants in the instant action.

26      2.    I am providing this Declaration to explain the administrative error on the part of

27 Henderson & Caverly LLP that occurred while using the ECF website to file the defendants' notice

28

                                    1

1   of motion, motion and points in authorities which comprised the "MOTION TO DISMISS

2   COMPLAINT PURSUANT TO FRCP RULES 12(b)(1) AND 12(b)(6)" (the "Motion").

3         3.      McKesson and FAMILYMEDS GROUP, INC., are parties to two actions currently

4   pending before the Honorable Wayne D. Brazil, Magistrate Judge for the United States District

5   Court in the Northern District of California (the "Court").  The two actions are:

6         **McKesson Corporation v. Familymeds Group, Inc.**
          **4:07-cv-05715-WDB, filed November 9, 2007 (the "First Action"); and**
7

8         **Familymeds, Inc. et al. v. McKesson Corporation et al.**
          **4:08-cv-02850-WDB, filed June 6, 2008 (the "Second Action").**
9

10        4.      Henderson & Caverly LLP represents McKesson in both actions.

11        5.      By August 19, 2008, McKesson and D&K were obliged to file a responsive

12  pleading to the complaint in the Second Action filed by FAMILYMEDS GROUP, INC., and

13  FAMILYMEDS, INC. (collectively as "Familymeds").  In accordance with that deadline,

14  Henderson & Caverly LLP prepared and served the Motion upon Familymeds on August 19, 2008.

15        6.      The Motion as prepared contained the proper caption, including the proper case

16  number and hearing time.

17        7.      On August 19, 2008, our administrative assistant accessed the ECF website for the

18  purpose of filing the Motion with the Court.  In entering the case number into the ECF system, our

19  assistant inadvertently entered the case number corresponding to the First Action instead of the

20  case number corresponding to the Second Action as was required. Consequently, the Motion was

21  filed timely with the Court, but routed to the incorrect electronic docket because of the inadvertent

22  data entry error by our administrative assistant.  Instead of appearing on the electronic docket for

23  the Second Action as was proper, the Motion appeared on the electronic docket of the First Action.

24  Neither I nor anyone at Henderson & Caverly LLP were aware of this filing error until August 20,

25  2008.

26        8.      On or around 9:30 a.m. on August 20, 2008, via PACER, I accessed the electronic

27  docket for the First Action to investigate filings related to that action.  I was surprised to see the

28

1    Motion filed on the docket for the First Action as item #83 since I knew the Motion belonged to the

2    Second Action.  I then accessed the electronic docket from the Second Action and learned that the

3    Motion did not appear on that docket.

4           9.       After learning of the error, I promptly called Judge Brazil's Docket Clerk, Cindy

5    Lenahan, to notify her of the error.  I also requested my assistant to refile the Motion on the ECF

6    under the proper case number and observed him accomplish that task. Later that morning, I spoke

7    to Ms. Lenahan who confirmed that the ECF system had accepted the filing and routed it to the

8    proper docket.

9

10          I declare under penalty of perjury under the laws of the United States of America that the

11   foregoing is true and correct.

12

13   Executed this 20th day of August, 2008, in Rancho Santa Fe, California.

14

15                                              HENDERSON & CAVERLY, LLP

16
     Dated:  _8/20/08_
17                                              By: _____
18                                                  Robert C. Mardian III
                                                    Attorneys for McKesson Corporation and D&K
19                                                  Healthcare Resources LLC

20

21

22

23

24

25

26

27

28

                                        3

**PROOF OF SERVICE**

I am employed in the County of San Diego, California.  I am over the age of 18 years and not a party to the within action.  My business address is Henderson & Caverly LLP, P.O. Box 9144, 16236 San Dieguito Road, Suite 4-13, Rancho Santa Fe, California 92067.

On August 20, 2008, I served the foregoing:

**DECLARATION OF ROBERT C. MARDIAN III REGARDING THE ADMINISTRATIVE ERROR WITH THE ECF FILING OF THE MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP RULES 12(b)(1) AND 12(b)(6)**

on the following parties in this action in the manner set forth below:

> Robert C. Gebhardt, Esq.
> Jeffer, Mangels, Butler & Marmaro LLP
> Two Embarcadero Center, Fifth Floor
> San Francisco, California  94111-3824

☐    (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Henderson & Caverly LLP, Rancho Santa Fe, California, following ordinary business practices.  I am familiar with the practice of Henderson & Caverly LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal service the same day as it is placed for collection.

☑    (BY EMAIL) I electronically filed such document using the ("CM/ECF") system which will send a Notice Of Electronic Filing to CM/ECF participants.

☐    (BY FACSIMILE) I transmitted the above-listed document to the party listed above via facsimile.  The transmission was reported complete and without error.  The telephone number of the facsimile machine I used was (858) 756-4732.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Rancho Santa Fe, California on August 20, 2008.

Quynh N. Nguyen

4
