UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMILYMEDS, INC., | No. C 08-2850 WDB |
|       Plaintiff, | NOTICE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE |
|   v. | |
| MCKESSON CORP., | |
|       Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Initial Case Management Conference currently scheduled for September 15, 2008, at 4:00 p.m. is continued to **Wednesday, September 17, 2008, at <u>3:00 p.m.</u>** <u>Lead</u> trial counsel for each party must participate in the case management conference. By no later than Monday, September 15, 2008, at <u>noon</u>, the parties must file a Joint Case Management Conference Statement.

Dated: August 28, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:   Sarah Weinstein
        Law Clerk/Deputy Clerk

Copies to:
   All parties,
   WDB, Stats