1  MARIA K. PUM (State Bar No. 120987)
   KRISTEN E. CAVERLY (State Bar No. 175070)
2  HENDERSON & CAVERLY LLP
   P.O. Box 9144 (all U.S. Mail)
3  16236 San Dieguito Road, Suite 4-13
   Rancho Santa Fe, CA 92067-9144
4  Telephone:    (858) 756-6342
   Facsimile:    (858) 756-4732
5
   Attorneys for Defendants
6  McKESSON CORPORATION and
   D&K HEALTHCARE RESOURCES LLC
7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11 | FAMILYMEDS, INC., a Connecticut            Case No. 4:08-cv-02850 WDB
   | corporation; and FAMILYMEDS GROUP, INC.,
12 | a Nevada corporation, f/k/a Drugmax, Inc., a   **CERTIFICATION OF INTERESTED**
   | Nevada corporation,                         **ENTITIES OR PERSONS**
13 |
   |                       Plaintiffs,           **(Civil L.R. 3-16)**
14 |
   |            v.                               Date: (No hearing required)
15 |                                             Time:
   | McKESSON CORPORATION, a Delaware            Place:
16 | corporation; D&K HEALTHCARE
   | RESOURCES LLC, a Delaware limited liability Complaint Filed:  June 6, 2008
17 | company, f/k/a D&K HEALTHCARE
   | RESOURCES, INC., a Delaware corporation,
18 |
   | Defendants.
19 |

20

21         Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

22 named parties, there is no such interest to report.

23

24 DATED:  September 5, 2008            HENDERSON & CAVERLY LLP

25

26                                     By: _____
                                           Maria K. Pum
27                                         Attorneys for McKesson Corporation and
                                           D&K Healthcare Resources LLC
28

1

## PROOF OF SERVICE

2        I am employed in the County of San Diego, California. I am over the age of 18 years and

3    not a party to the within action. My business address is Henderson & Caverly LLP, P.O. Box

4    9144, 16236 San Dieguito Road, Suite 4-13, Rancho Santa Fe, California 92067.

5        September 5, 2008, I served the following document:

6    ## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

7    on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as

8    follows:

9

10            Robert C. Gebhardt, Esq.
        Jeffer, Mangels, Butler & Marmaro LLP

11            Two Embarcadero Center, Fifth Floor
        San Francisco, California 94111-3824

12

13    ☐   (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-

14        class mail, for collection and mailing at Henderson & Caverly LLP, Rancho Santa Fe, California, following ordinary business practices. I am familiar with the practice of

15        Henderson & Caverly LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United

16        States Postal service the same day as it is placed for collection.

17    ☑   (BY EMAIL) I electronically filed such document using the ("CM/ECF") system which will send a Notice Of Electronic Filing to CM/ECF participants.

18

19    ☐   (BY FACSIMILE) I transmitted the above-listed document to the party listed above via facsimile. The transmission was reported complete and without error. The telephone

20        number of the facsimile machine I used was (858) 756-4732.

21

22        I declare that I am employed in the office of a member of the bar of this court at whose

23    direction the service was made.

24        Executed at Rancho Santa Fe, California on September 5, 2008.

25

26            Quynh Nguyen

27

28