UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FAMILYMEDS, INC., a Connecticut corporation; and FAMILYMEDS GROUP, INC. a Nevada corporation, f/k/a DRUGMAX, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, a Delaware corporation; and D&K HEALTHCARE RESOURCES LLC, a Delaware limited liability company, f/k/a D&K HEALTHCARE RESOURCES, INC., a Delaware corporation,<br><br>Defendants. | CASE NO.   C 08-2850 WDB<br><br>**STIPULATION TO CONTINUE ADR AND DISCLOSURE DEADLINES; ORDER THEREON**<br><br><br><br><br><br><br><br>Complaint filed:   June 6, 2008<br>Trial date:   None set |

This Stipulation to Continue ADR and Disclosure Deadlines; Order Thereon (this "**Stipulation**") is entered into by and between Plaintiffs Familymeds, Inc., a Connecticut corporation, and Familymeds Group, Inc. a Nevada corporation, f/k/a Drugmax, Inc., a Nevada corporation (collectively, "**Plaintiffs**") and Defendants McKesson Corporation, a Delaware corporation ("**McKesson**") and D&K Healthcare Resources LLC, a Delaware limited liability company, f/k/a D&K Healthcare Resources, Inc., a Delaware corporation (collectively, "**Defendants**") (collectively, the "**Parties**," and individually, each a "**Party**"). The Parties each hereby stipulate and agree as follows:

### RECITALS

1. On June 6, 2008, Plaintiffs filed in this action (this "**Second Action**") their Complaint for Specific Performance of Contract and Accounting.

2. On June 6, 2008, the Court entered its Order Setting Initial Case Management Conference and ADR Deadines which provided, *inter alia*, the following deadlines:

   A.   **August 25, 2008** - Last date to: i) meet and confer re: initial disclosures,

early settlement conference, ADR process selection, and discovery plan; ii) file ADR Certification; and iii) file Stipulation to ADR Process or Notice of Need for ADR Phone Conference (the "**ADR Deadlines**");

  B. **September 8, 2008** - Last date to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and to file Case Management Statement (the "**Initial Disclosure Deadlines**"); and

  C. **September 15, 2008** - Initial Case Management Conference (the "**Case Management Conference**").

3. On June 18, 2008 the Court entered its Order deeming this Second Action related to Case No. 07-5715 WDB (the "**First Action**").

4. On August 20, 2008 the Court heard the Motion for Summary Judgment of McKesson in the First Action.

5. Thereafter, the Parties have been engaged in settlement negotiations.

6. On August 28, 2008, the Court filed its Notice Rescheduling Case Management Conference, which provided, *inter alia*, that the Case Management Conference would be continued to September 17, 2008 and the Case Management Statement was to be filed on or before noon, September 15, 2008.

7. The Parties believe it to be in their best interest to enter into this Stipulation and hereby stipulate and agree as follows:

## STIPULATION

8. Recitals 1 through 7 are incorporated herein by this reference and the Parties agree that the information recited above is true and correct.

9. The ADR Deadlines and Initial Disclosure Deadlines shall all be continued to September 15, 2008.

///

///

///

DATED: September 9, 2008

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT
MICHAEL A. GOLD
MATTHEW S. KENEFICK

By: _____
MATTHEW S. KENEFICK
Attorneys for Plaintiffs FAMILYMEDS, INC., a Connecticut corporation and FAMILYMEDS GROUP, INC. a Nevada corporation, f/k/a DRUGMAX, INC., a Nevada corporation

DATED: September 9, 2008

HENDERSON & CAVERLY LLP

By: _____
MARIA K. PUM
Attorneys for Defendants MCKESSON CORPORATION, a Delaware corporation and D&K HEALTHCARE RESOURCES LLC, a Delaware limited liability company, f/k/a D&K HEALTHCARE RESOURCES, INC., a Delaware corporation

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  9-9-08

_____
THE HONORABLE WAYNE D. BRAZIL