```
 1  MARIA K. PUM (State Bar No. 120987)
    KRISTEN E. CAVERLY (State Bar No. 175070)
 2  ROBERT C. MARDIAN, III (State Bar No. 224377)
    HENDERSON, CAVERLY, PUM & CHARNEY LLP
 3  P.O. Box 9144 (all U.S. Mail)
    16236 San Dieguito Road, Suite 4-13
 4  Rancho Santa Fe, CA 92067-9144
    Telephone:   (858) 756-6342
 5  Facsimile:   (858) 756-4732
    E-mail: mpum@hcesq.com
 6
    Attorneys for Defendants
 7  McKESSON CORPORATION and
    D&K HEALTHCARE RESOURCES LLC
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMILYMEDS, INC., a Connecticut corporation; and FAMILYMEDS GROUP, INC., a Nevada corporation, f/k/a Drugmax, Inc., a Nevada corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>McKESSON CORPORATION, a Delaware corporation; D&K HEALTHCARE RESOURCES LLC, a Delaware limited liability company, f/k/a D&K HEALTHCARE RESOURCES, INC., a Delaware corporation,<br><br>            Defendants. | Case No. 4:08-cv-02850 WDB<br><br>**STIPULATION AND REQUEST FOR ORDER CONTINUING DATES FOR:**<br><br>**(1) CASE MANAGEMENT CONFERENCE;**<br><br>**(2) HEARING ON MOTION TO DISMISS; AND**<br><br>**(3) DEADLINE FOR FILING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>**AND ORDER THEREON**<br><br>**(LOCAL RULE 6-2)**<br><br>Complaint Filed: June 6, 2008<br><br>**Original Date:**<br><br>Date: October 29, 2008<br>Time: 3:00 p.m.<br>Court: Courtroom 4, Oakland, CA<br><br>**Requested Date:**<br><br>Date: November 12, 2008<br>Time: 2:30 p.m.<br>Court: Courtroom 4, Oakland, CA |

Pursuant to Rule 6-2 of the Local Rules for the United States District Court for the Northern District of California, FAMILYMEDS, INC., a Connecticut corporation ("FM Inc."), FAMILYMEDS GROUP, INC., a Nevada corporation, f/k/a Drugmax, Inc., a Nevada corporation, ("FM Group" and, together with FM Inc., called "Familymeds"), McKESSON CORPORATION, a Delaware corporation ("McKesson") and D&K HEALTHCARE RESOURCES LLC, a Delaware limited liability company, f/k/a D&K Healthcare Resources, Inc., a Delaware corporation ("D&K") hereby stipulate and agree and request the Court to enter an order stating:

1. The Case Management Conference currently scheduled in this action for October 29, 2008, at 3:00 p.m. shall be rescheduled for November 12, 2008, at 2:30 p.m. in Courtroom 4 of the above-captioned Court.

2. The hearing on the motion of McKesson and D&K to dismiss the Complaint commencing this action (the "Motion to Dismiss") currently scheduled for October 29, 2008, at 3:00 p.m. shall be rescheduled to November 12, 2008, at 2:30 p.m. in Courtroom 4 of the above-captioned Court.

3. The deadline for Familymeds to file its opposition to the Motion to Dismiss shall be extended to October 22, 2008, and the deadline for McKesson and D&K to file any reply thereto shall be extended until October 29, 2008.

4. The October 17, 2008 deadline by which Familymeds must file their motion for leave to amend the complaint commencing this action, shall be extended until October 22, 2008.

The parties request the above scheduling changes to enable them to conduct a mediation on October 16, 2008 which may eliminate the need for further litigation. Except as set forth above, no other deadlines or hearings in this action are extended or continued. The above stipulation is without waiver of any defense or claim, including lack of timeliness, except as to the extension period set forth above.

IT IS SO STIPULATED.

DATED: October ___, 2008.

HENDERSON, CAVERLY, PUM & CHARNEY LLP

By: _____
Maria K. Pum
Attorneys for McKesson Corporation and
D&K Healthcare Resources LLC

1  DATED: October 6, 2008.  JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _____
Matthew S. Kenefick
Attorneys for FM Inc. Familymeds Group, Inc.

**ORDER**

IT IS SO ORDERED.

DATED: October 7, 2008.

_____
Hon. WAYNE D. BRAZIL
United States Magistrate Judge