UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FAMILYMEDS, INC., a Connecticut corporation; and FAMILYMEDS GROUP, INC., a Nevada corporation, f/k/a Drugmax, Inc., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>McKESSON CORPORATION, a Delaware corporation; D&K HEALTHCARE RESOURCES LLC, a Delaware limited liability company, f/k/a D&K HEALTHCARE RESOURCES, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. CV-08-2850 WDB<br><br>*Related to Case No. CV-07-5715 WDB*<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT IN CASE NO. CV-08-2850 WDB; AND**<br><br>**ORDER THEREON**<br><br>**[FRCP 41(a)(1)(A)(ii)]**<br><br>Complaint filed:   June 6, 2008<br>Trial date:          None set |

This "Stipulation for Dismissal of Complaint in Case No. CV-08-2850-WDB" (this "Stipulation") is entered into by and among Familymeds, Inc., a Connecticut corporation and Familymeds Group, Inc. a Nevada corporation, f/k/a Drugmax, Inc., a Nevada corporation (collectively, "Familymeds") on the one hand, and McKesson Corporation, a Delaware corporation ("McKesson") and D&K Healthcare Resources LLC, a Delaware limited liability company, f/k/a D&K Healthcare Resources, Inc., a Delaware corporation, on the other (collectively, the "Parties," and individually, each a "Party") pursuant to the terms of an "Agreement and General Release" (the "Settlement Agreement") entered into by the Parties on October 16, 2008. The Parties, through their respective counsel, each hereby stipulate and agree that the conditions precedent have been satisfied with respect to (a) the ability of McKesson to file a satisfaction of judgment on account of the Judgment issued in favor of McKesson on September 9, 2008 in Case No. CV-07-5715 WDB (the "First Action") as set forth in the Settlement Agreement, (b) the obligation of Familymeds Group, Inc. to dismiss with prejudice its Counterclaim in the First Action (the Cross-Complaint filed by Familymeds, Inc. in the First Action having previously been dismissed without prejudice),

and (c) the obligation of Familymeds Group, Inc. and Familymeds, Inc. to dismiss the Complaint commencing Case No, CV-08-02850 WDB (the "Second Action"). The Parties further stipulate and agree as follows (without modifying the Settlement Agreement):

1. That the "Complaint for Specific Performance of Contract and Accounting" filed on June 6, 2008, by Familymeds Group, Inc. and Familymeds, Inc. commencing Case No. CV-08-2850 WDB shall be and is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and attorneys' fees herein incurred, except as may have been provided in the Settlement Agreement.

DATED: January 23, 2009

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT
MICHAEL A. GOLD
MATTHEW S. KENEFICK

By: /s/ Matthew S. Kenefick
MATTHEW S. KENEFICK
Attorneys for FAMILYMEDS, INC., a Connecticut corporation and FAMILYMEDS GROUP, INC. a Nevada corporation, f/k/a DRUGMAX, INC., a Nevada corporation

DATED: January 23, 2009

HENDERSON, CAVERLY, PUM & CHARNEY LLP

By: /s/ Maria K. Pum
MARIA K. PUM
Attorneys for MCKESSON CORPORATION, a Delaware corporation and D&K HEALTHCARE RESOURCES LLC, a Delaware limited liability company, f/k/a D&K HEALTHCARE RESOURCES, INC., a Delaware corporation

I attest that I have obtained concurrence in the filing of this document from Maria K. Pum.

/s/ Matthew S. Kenefick

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED: 1/26/09

THE HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE